# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROUTE GUIDANCE SYSTEMS LLC, *Plaintiff*, v. SALESFORCE.COM, INC., *Defendant*. | Case No. 1:22-cv-02279 Honorable Manish S. Shah |

## JOINT STATUS REPORT REGARDING THE USPTO PROCEEDINGS

This is a patent infringement action involving one patent asserted by Route Guidance Systems LLC ("RGS") against Salesforce.com, Inc. ("Salesforce"): U.S. Patent No. 6,917,876 (the "'876 Patent"). Pursuant to the Court's Minute Entry (Dkt. No. 34), dated June 1, 2023, RGS and Salesforce submit this Joint Status Report.

On November 15, 2022, the parties notified the Court that the USPTO found a substantial new question of patentability regarding all Asserted Claims of '876 Patent during reexamination proceeding. The case is currently stayed pending the reexamination. (Dkt. No. 27.)

## STATUS OF THE PATENT OFFICE PROCEEDINGS

The *ex parte* reexamination proceeding related to the '876 Patent remains pending. On August 3, 2023, the examiner issued a Final Office Action rejecting the challenged claims. Patent Owner responded to the Final Office Action on September 28, 2023.

1

2

Date: October 31, 2023                                                             Respectfully submitted,

*/s/ Neil A. Benchell*                                               */s/ Erik Halverson*
Neil A. Benchell                                                      Erik Halverson (*pro hac vice*)
Devlin Law Firm LLC                                       4 Embarcadero Center
815 North Elmwood Avenue                          Suite 1200
Oak Park, Illinois 60302                             San Francisco, CA 94111
(302) 351-4400                                                   (415) 882-8238
nbenchell@devlinlawfirm.com             erik.halverson@klgates.com

*Attorneys for Plaintiff*                                         *Attorneys for Defendant*
*Route Guidance Systems LLC*            *Salesforce, Inc.*