**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Route Guidance Systems LLC v. Salesforce.com, Inc.

Case Number: 1:22-cv-02279

An appearance is hereby filed by the undersigned as attorney for:

Salesforce.com, Inc.

Attorney name (type or print): Erik J. Halverson

Firm: K&L Gates LLP

Street address: 4 Embarcadero Center, Suite 1200

City/State/Zip: San Francisco, CA 94111

Bar ID Number: 6320739
(See item 3 in instructions)

Telephone Number: (415) 882-8238

Email Address: erik.halverson@klgates.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | No |
| Are you a member of the court's general bar? | ✔ Yes | No |
| Are you a member of the court's trial bar? | Yes | ✔ No |
| Are you appearing *pro hac vice*? | Yes | ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 29, 2023

Attorney signature: S/ Erik J. Halverson
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023