UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROUTE GUIDANCE SYSTEMS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SALESFORCE.COM, INC.,<br><br>*Defendant*. | Case No. 1:22-cv-02279<br><br>Honorable Manish S. Shah |

**JOINT STATUS REPORT REGARDING THE USPTO PROCEEDINGS**

This is a patent infringement action involving one patent asserted by Route Guidance Systems LLC ("RGS") against Salesforce.com, Inc. ("Salesforce"): U.S. Patent No. 6,917,876 (the "'876 Patent"). Pursuant to the Court's Minute Entry (Dkt. No. 34), dated June 1, 2023, RGS and Salesforce submit this Joint Status Report.

On November 15, 2022, the parties notified the Court that the USPTO found a substantial new question of patentability regarding all Asserted Claims of '876 Patent during reexamination proceeding. The case is currently stayed pending the reexamination. (Dkt. No. 27.)

**STATUS OF THE PATENT OFFICE PROCEEDINGS**

The *ex parte* reexamination proceeding related to the '876 Patent remains pending. On November 3, 2023, the examiner issued an Advisory Action rejecting the challenged claims and setting a deadline of February 3, 2024 for Patent Owner to respond.

1

Date: January 4, 2024 									Respectfully submitted,

*/s/ Neil A. Benchell*								*/s/ Erik Halverson*
Neil A. Benchell								Erik Halverson
Devlin Law Firm LLC								K&L Gates LLP
815 North Elmwood Avenue							Four Embarcadero Center
Oak Park, Illinois 60302							Suite 1200
(302) 351-4400									San Francisco, CA 94111
nbenchell@devlinlawfirm.com							415-882-8238
										erik.halverson@klgates.com

*Attorneys for Plaintiff*
*Route Guidance Systems LLC*							*Attorneys for Defendant*
										*Salesforce, Inc.*