# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Route Guidance Systems, LLC

                      Plaintiff,

v.                                             Case No.: 1:22−cv−02279
                                                  Honorable Manish S. Shah

Salesforce.com, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 1, 2024:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff shall file a response to the status report, showing cause why this case should not be dismissed because the USPTO has issued a final decision cancelling the claims. Plaintiff's response is due 4/15/2024. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.