# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROUTE GUIDANCE SYSTEMS LLC, *Plaintiff,* v. SALESFORCE.COM, INC., *Defendant.* | C.A. No. 1:22-cv-02279<br><br>Honorable Manish S. Shah<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT REGARDING THE USPTO PROCEEDINGS

This is a patent infringement action involving one patent asserted by Route Guidance Systems LLC ("RGS") against Salesforce.com, Inc. ("Salesforce") (collectively, the "Parties"): U.S. Patent No. 6,917,876 (the "'876 Patent"). Pursuant to the Court's Minute Entry (Dkt. No. 48), dated April 16, 2024, the Parties submit this Joint Status Report.

On November 15, 2022, the parties notified the Court that the USPTO found a substantial new question of patentability regarding all Asserted Claims of '876 Patent during reexamination proceeding. The case is currently stayed pending the reexamination. (Dkt. No. 27.)

## STATUS OF THE PATENT OFFICE PROCEEDINGS

The *ex parte* reexamination proceeding related to the '876 Patent remains pending. On March 22, 2024, the examiner issued an Advisory Action terminating the reexamination proceeding. On June 11, 2024, Patent Owner filed an appeal brief appealing the examiner's decision as to patentability of all claims. Patent Owner's appeal remains pending.

| | |
|---|---|
| Date: July 22, 2024 | Respectfully submitted, |
| */s/ Neil A. Benchell* | */s/ Erik Halverson* |
| Neil A. Benchell | Erik Halverson |
| DEVLIN LAW FIRM LLC | 4 Embarcadero Center |
| 815 North Elmwood Avenue | Suite 1200 |
| Oak Park, Illinois 60302 | San Francisco, CA 94111 |
| (302) 351-4400 | Tel: (415) 882-8238 |
| nbenchell@devlinlawfirm.com | erik.halverson@klgates.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Route Guidance Systems LLC* | *Salesforce, Inc.* |